# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:20cr293**

V.

**ORDER**

**SERGION JERMAINE PATTERSON**

---

This **MATTER** is before the Court upon Motion to Continue (Doc# 36) to the next available criminal term of Court.

**IT IS THEREFORE ORDERED** that this sentencing be scheduled for the next available criminal term of court.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED:**

Signed: April 26, 2022

_____
Frank D. Whitney
United States District Judge